IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Queen Naja, Beneficiary of
Cestui Que Trust and Social Security Trust in the name
HERBERT WALKER PETERS,
    *Plaintiff,*

*Vs*

HERBERT WALKER PETERS Social Security Trust
*Defendant*
AND

HERBERT WALKER PETERS Cestui Que Trust
*Defendant*

Case no. __3:21 cv 588__

## Complaint for Civil Action

In Rem Civil Action Case Proceedings- Revocation and Liquidation of Cestui Que Trust And Social Secuirty Trust

**Parties**

The Defendants, HERBERT WALKER PETERS Social Security Trust and HERBERT WALKER PETERS Cestui Que Trust; and

The Plaintiff, Queen Naja, Beneficiary of said Trust(s);and

NOW COMES, the Queen Naja the Beneficiary who respectfully moves this Court for a liquidation of the beneficial interest in the Social Security Trust and Cestui Que Trust Account in the name HERBERT WALKER PETERS, Death certificate State file number 18-025288 with the Commonwealth of Virginia (a copy of death certificate copy is attached) for complete

distribution of beneficial interest of the Cestui Que Trust as agreed by the Beneficiary on the Certificate of Assignment of Beneficial Interest in Trust (See Attached copy); and

## Jurisdiction

This court has in rem jurisdiction as it relates to the property of the HERBERT WALKER PETERS Social Security Trust of the federal jurisdiction backed by the HERBERT WALKER PETERS Cestui Que Trust (the "Trust").

## Claim

Count 1.) There is a breach of fiduciary responsibilities for the Trust amongst the Trustees of the Cestui Que Trust and Social Security Trust for failing to notify the original beneficiary, Herbert W. Peters, prior to his death and his heirs of the Trust(s) existence.

Count 2.) The Trustees have failed to provide full disclosure to the Beneficiary of the Trust. Resulting to injuries whereby the beneficiary and heirs have not been able to gain access to any of the beneficial interest in the Trust.

Count 3.) The Creators and Trustees of the Trusts have abandoned their fiduciary duties and made themselves unknown and unavailable.

These Violations of State Laws Pursuant to Code of Virginia § 64.2-775. "Duty to inform and report- A. A trustee shall keep the qualified beneficiaries of the trust reasonably informed about the administration of the trust and of the material facts necessary for them to protect their interests. Unless unreasonable under the circumstances, a trustee shall promptly respond to a beneficiary's request for information related to the administration of the trust. A trustee who fails to furnish information to a beneficiary or respond to a request for information regarding the administration of the trust in a good faith belief that to do so would be unreasonable under the circumstances or contrary to the purposes of the settlor shall not be subject to removal or other sanctions therefor."

As it stands today the Herbert Walker Peters Cestui Que Trust and Social Security Trust was abandoned property until Queen Naja, Beneficiary and Heir has come forward to claim the Beneficial Interest of the said Trust.

## Question

The question for the Court:
- Who is the Trustee?
- Who is responsible for notifying the Beneficiary of the Trusts existence?
- Who is responsible for administering the Trust to the Beneficiary?
- Why wasn't full disclosure provided to the Beneficiary about the Trust?
- What is required of the Beneficiary to ensure these Trusts are revoked and liquidated?

### Prayer for Relief

WHEREFORE Plaintiff, hereby requests this Court enter a Judgement in favor of:

1. U.S. District Court Judge of the United Stated District Court, Eastern District of Virginia to operate as the Trust Protector of the Court for Herbert Walker Peters Social Security Trust and Herbert Walker Peters Cestui Que Trust, with the power of Attorney in Fact to and remove any Trustee and assign honorable Trustees to administer the Trusts, and contact all Parties of both Trusts and start the revocation and liquidation process and ensure the beneficial interest is properly transferred to the Queens Equity Private Trust in accordance with Virginia Code Chapter 14. Fiduciaries Generally, Article 1 and 2 and any other governing laws of the Commonwealth and Federal laws; and to revoke, liquidate, dissolve and **TERMINATE** the Cestui Que Vie Trust and Social Security Trust from any further use immediately as it will serve no purpose to the beneficiary.

2. The Beneficial Interest Holder, Queen Naja, (the "Beneficiary") of the Death Certificate and said Trusts has assigned (100%) of her beneficial interest to Queens Equity Private Trust and the equity has been accepted by the Trustee (See attached certificate); and

3. It is requested that this Court accepts for value any and all invoices, promissory notes, bills and charges discovered and presented to the Court for satisfaction and **SETTLEMENT**; and

4. Attached the Court will find the Certificate of Trust, first page of Declaration of Trust and Signature Pages of the Queens Equity Private Trust, therefore;

5. A full accounting of all securities and assets of the Herbert Walker Peters Cestui Que Trust and Social Security Trust is requested and placed on an encrypted CD- Drive, password protected and provided to Queen Naja, Trustee for the Queens Equity Private Trust.

6. A custodial account with the Court is requested for all monies to be made available to the Trustee of the Queens Equity Private Trust immediately as assets are liquidated and funds are deposited.

7. A zero balance checking account and debit card made available within seven (7) days of acceptance of this Complaint for food, clothing, housing, transportation, healthcare and education expenses for the beneficiaries.

8. The Court may receive "reasonable compensation" for administration of the Trust.

9. Such other and further relief as this Court may deem just and proper.

**Order for the Court:**

This ORDER is hereby given and concurred with the District Court Judge. That the District Court Judge is to have the court contact all of the required parties from all Trusts to meet with Queen Naja, Trustee for Queens Equity Private Trust and start the Liquidation/Settlement process of these Trust matters within the next 3 days after receipt acceptance of this Complaint.

Date: September 9, 2021

*Queen naja, Beneficiary*
Queen Naja, Beneficiary of
HERBERT WALKER PETERS (Trusts)
3816 Armory Lane
York, Pennsylvania 17408
Tel: 267-521-1533
Email: queensequity@protonmail.com

CC'D:

Queen Naja, Trustee
Queens Equity Private Trust
2159 White Street
Suite 3-269
York, Pennsylvania 17404
Tel: 267-521-1533
Email: Queensequity@protonmail.com

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Queen Naja, Beneficiary of
Cestui Que Trust and Social Security Trust in the name
HERBERT WALKER PETERS,
    *Plaintiff,*

    *Vs*

HERBERT WALKER PETERS Social Security Trust
*Defendant*
AND

HERBERT WALKER PETERS Cestui Que Trust
*Defendant*

    Case no._____

---

## ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Complaint for Civil Action, and any response thereto, it is ORDERED and DECREED that said

Motion is _____.

_____

_____  _____

_____

_____.

    BY THE COURT:

    _____
    J.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Queen Naja, Beneficiary of HERBERT WALKER PETERS Cestui Que and Social Security Trust

**(b)** County of Residence of First Listed Plaintiff **York, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
HERBERT WALKER PETERS Cestui Que and Social Security Trust

County of Residence of First Listed Defendant **Petersburg**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983 Civil Rights Act

Brief description of cause:
Breach of Fiduciary Duties

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE **David Novak**
DOCKET NUMBER **3:21cv00361**

DATE: 9-8-2021

SIGNATURE OF ATTORNEY OF RECORD: *queen naja, beneficiary*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Queen Naja, Beneficiary of
Cestui Que Trust and Social Security Trust in the name
HERBERT WALKER PETERS,
        *Plaintiff,*

        *Vs*

HERBERT WALKER PETERS Social Security Trust
*Defendant*
AND

HERBERT WALKER PETERS Cestui Que Trust
*Defendant*

Case no. _____

---

## MOTION FOR ACCEPTANCE AND EXECUTION

To the Court,

The Plaintiff moves this Court to accept the attached Certificate of Assignment of Beneficial Interest in Trust ("Certificate"), and ensure all charges, promissory notes and debts against the estate are accepted for value, settled and the enforcement of the terms of the accepted Certificate for the liquidity of the Herbert Walker Peters Social Security Trust and Herbert Walker Peters Cestui Que Trust on behalf of the beneficiary is honored.

Date: September 9, 2021.

                                                  _queen naja_
                                         Queen Naja, beneficiary of
                                        HERBERT W. PETERS (TRUSTS)
                                                3816 Armory Lane
                                                    York, PA 17408
Email: queensequity@protonmail.com
                                                        Tel:267-521-1533

1

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Queen Naja, Beneficiary of
Cestui Que Trust and Social Security Trust in the name
HERBERT WALKER PETERS,
    *Plaintiff,*

        *Vs*

HERBERT WALKER PETERS Social Security Trust
*Defendant*
AND

HERBERT WALKER PETERS Cestui Que Trust
*Defendant*

                        Case no._____

## ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Motion for Acceptance and Execution, and any response thereto, it is ORDERED and

DECREED that said Motion is _____.

_____

_____

_____

_____

_____.

                                                  BY THE COURT:

                                                  _____
                                                               J.

# CERTIFICATE OF ASSIGNMENT OF BENEFICIAL INTEREST IN TRUSTS

THIS ASSIGNMENT is made this 8th day of September, 2021, by **Queen Naja**, whose address is 3816 Armory Lane, York, Pennsylvania 17408, USA (hereinafter referred to as "Assignor"), to **QUEENS EQUITY PRIVATE TRUST**, whose mailing address is 2159 White Street, Suite 3-269, York, Pennsylvania 17404, USA, (hereinafter referred to as "Assignee").

## WITNESSETH:

WHEREAS, the Assignor is a natural person, alien, and beneficiary of the Cestui Que Trust Account in the name, HERBERT WALKER PETERS ("entity"), of a Commonwealth of Virginia, Death Certificate state file number 18-025288, created by the Commonwealth of Virginia, by instrument dated May 11th, 2018; and HERBERT WALKER PETERS Social Security Trust Account (number 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) and

WHEREAS, the Assignor desires a complete liquidation of beneficial interest in both Trust(s) and assignment of one hundred (100%) of the beneficial interest to the Assignee, QUEENS EQUITY PRIVATE TRUST after any existing liabilities have been accepted for its value and settled; and

WHEREAS, QUEENS EQUITY PRIVATE TRUST, does not prohibit such assignment;

NOW, THEREFORE, for valuable consideration, the receipt of which is hereby acknowledged, the Assignor hereby grants and conveys all of right, title and beneficial interest to the Assignee and all Assignor's interest as a beneficiary of the HERBERT WALKER PETERS Cestui Que Trust and HERBERT WALKER PETERS Social Security Trust, including the *par value* of all monies due or to become due to the Assignor there under; and

The Assignor authorizes the Public Officials of the Court to act as Trustee, to execute his or her fiduciary duties as it pertains to the stated HERBERT WALKER PETERS Trust(s), to pay directly to the Assignee all monies or other benefits representing, or arising from, the interest assigned hereby within (14) calendar days of receipt of this Certificate or within (3) business days provide notice to the beneficiary reason for any delay.

The Assignor Hereby irrevocable constitute and appoint;
The United Stated District Court, Eastern District of Virginia, Judges, representatives, successors or assigns as, the Trust Protector and Attorney-in-fact to have the power to remove and appoint Trustees and transfer the securities on the the books of the within the named Trust(s) accounts and administer the, HERBERT WALKER PETERS Cestui Que Trust and Social Security Trust, with full power to liquidate securities on behalf of the beneficiary and transfer equity to the QUEENS EQUITY PRIVATE TRUST, and said judge is given the power and shall be responsible for accepting the value of any bills and liabilities for satisfaction and settlement and the power to enforce of the liquidation of the aforementioned HERBERT WALKER PETERS Trust(s) accounts.

The holder of this Certificate, by virtue of his or her fiduciary duties and acceptance hereof, assents to and shall be bound by the orders and commands of the Beneficiary and any failure to perform will commence a legal and equitable suit unless otherwise prohibited by law.

Page 1 of 3

Doc:R823

IN WITNESS WHEREOF, the Assignor has executed this assignment the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
WITNESS

_____
Queen Naja (Beneficiary) for, HERBERT
WALKER PETERS Cestui Que Trust and
HERBERT WALKER PETERS Social
Security Trust, Assignor


Accepted by: QUEENS EQUITY PRIVATE TRUST, Assignee

Signature: _____
Queen Naja, Trustee

Doc:R823

## ACKNOWLEDGEMENT

Commonwealth of Pennsylvania}

County of York }

Before me, a Notary Public, on this day personally appeared Queen Naja, known to me to be the person whose name is subscribed to the foregoing instrument as Beneficiary and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 8 day of September, 2021.

*Melissa A. Blevins*
Notary Public
My commission expires December 8, 2023

Commonwealth of Pennsylvania - Notary Seal
MELISSA A BLEVINS - Notary Public
York County
My Commission Expires Dec 8, 2023
Commission Number 1293821

## ACKNOWLEDGEMENT

Commonwealth of Pennsylvania}

County of York }

Before me, a Notary Public, on this day personally appeared Queen Naja, known to me to be the person whose name is subscribed to the foregoing instrument as TRUSTEE and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 8 day of September, 2021.

*Melissa A. Blevins*
Notary Public
My commission expires December 8, 2023

Commonwealth of Pennsylvania - Notary Seal
MELISSA A BLEVINS - Notary Public
York County
My Commission Expires Dec 8, 2023
Commission Number 1293821

Doc:R823

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

**2438551 COMMONWEALTH OF VIRGINIA**
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

# COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**DATE RECORD FILED:** MAY 11, 2018
**STATE FILE NUMBER:** 18-025288

**1. FULL NAME OF DECEDENT:** HERBERT W PETERS
**2. SEX:** MALE
**3. DATE OF DEATH:** MAY 5, 2018 (ACTUAL)
**4. DATE OF BIRTH:** JULY 25, 1934
**5. AGE:** 83 Years
**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?** NO
**7. BIRTHPLACE:** VIRGINIA
**8. SOCIAL SECURITY NUMBER:** 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
**9. STREET ADDRESS:** 25804 FRANKLIN ST
**10. CITY OR TOWN OF RESIDENCE:** PETERSBURG
**INSIDE CITY OR TOWN LIMITS?** YES
**11. COUNTY OF DECEDENT'S RESIDENCE:** (blank)
**12. U.S. STATE:** VIRGINIA
**12a. ZIP CODE:** 23803
**13. RACE OF DECEDENT:** BLACK OR AFRICAN AMERICAN
**14. DECEDENT OF HISPANIC ORIGIN?** NON-HISPANIC
**15. EDUCATION:** YEARS OF COLLEGE 3
**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA
**17. USUAL OR LAST OCCUPATION:** SALESMAN
**18. KIND OF BUSINESS OR INDUSTRY:** INSURANCE
**19. MARITAL STATUS:** MARRIED
**20. NAME OF SPOUSE:** JEAN MALLORY PETERS
**21. FULL NAME OF DECEDENT'S FATHER:** HERBERT LEE PETERS
**21a. GENDER:** MALE
**22. FULL NAME OF DECEDENT'S MOTHER:** LOYD MARIE WALKER
**22a. GENDER:** FEMALE
**23. INFORMANT'S RELATIONSHIP:** SPOUSE
**24. FULL NAME OF INFORMANT:** JEAN MALLORY PETERS
**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** SOUTHSIDE REGIONAL MEDICAL CENTER
**25a.** INPATIENT
**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** (none)
**27. CITY OR TOWN OF DEATH:** PETERSBURG
**28. STREET ADDRESS OF PLACE OF DEATH:** 200 MEDICAL PARK BOULEVARD
**28a. ZIP CODE:** 23805
**29. METHOD OF DISPOSITION:** CREMATION / INCINERATION
**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY:** WINDSOR CREMATORY
**31. PLACE OF DISPOSITION - STREET ADDRESS:** 410 WINDSOR AVE.
**31a. CITY/COUNTY:** LAWRENCEVILLE
**31b. STATE:** VIRGINIA
**31c. ZIP CODE:** 23868
**32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE:** /S/ SHELTON WAYNE SMITH
**32a. LICENSEE'S NO.:** 0502870013
**32b. NAME OF FUNERAL HOME OR FACILITY:** JAMES M. WILKERSON FUNERAL ESTABLISHMENT, INC.
**33. NAME OF FUNERAL DIRECTOR / LICENSEE:** SHELTON WAYNE SMITH
**33a. STREET ADDRESS OF FUNERAL HOME:** 102 SOUTH AVENUE PETERSBURG VIRGINIA 23803
**34. TIME OF DEATH:** (blank)
**35. PART I. CAUSE OF DEATH:**
- (A) IMMEDIATE CAUSE: SEPTIC SHOCK
- (B) UNDERLYING CAUSE: ACUTE RENAL FAILURE
- (C) C-DIFFICILE COLITIS
- (D) (blank)

**PART II.** (blank)

**36. WAS THE MEDICAL EXAMINER CONTACTED?** NO
**36a. AUTOPSY?** NO
**36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?** (blank)
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** UNKNOWN
**38. IF FEMALE:** NOT APPLICABLE
**39. IF EXTERNAL:** (blank)
**40. WAS THIS A MILITARY DEATH?** NO
**41-47.** (blank - for military deaths only)

**48. SIGNATURE OF PERSON COMPLETING CAUSE OF DEATH:** /S/ RAPHAEL AGADA
**48a. TITLE:** MEDICAL DOCTOR
**48b. DATE SIGNED:** MAY 10, 2018
**49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** RAPHAEL AGADA
**49a. ADDRESS:** 3611 BOULEVARD COLONIAL HEIGHTS VIRGINIA 23834
**49b. MEDICAL LICENSE NO.:** 0101840582
**50. ARE YOU A DESIGNEE?** NO

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

**DATE ISSUED:** JULY 20, 2020

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 150

# QUEENS EQUITY PRIVATE TRUST©

## CERTIFICATE OF TRUST

1. The names and addresses of the currently acting Trustees of the Trust are as follows:

   QUEEN NAJA
   3816 ARMORY LANE
   YORK, PENNSYLVANIA 17408

2. The Trust is currently in full force and effect.

3. Attached to this Certificate of Trust and incorporated into it are the selected provisions of the Trust evidencing the following:

   a. First page of the Trust: Appointment of Trustees;
   b. Last pages of the Trust: Signature pages: and
   c. Letter of Introduction for Trustees to Banking officers

4. The Trust provisions not attached to this Certificate of Trust are of a private, non-negotiable nature, and set forth the distribution of the trust res. They do not modify the general financial powers of the Trustees.

5. The Signatories of this Certificate of Trust are currently the acting Trustees of the Trust and declare that the foregoing statements and the attached Trust provisions are true, correct ad complete under penalty of perjury under the laws of the United States of America.

6. This Certificate of Trust is dated this 4th day of August 2021.

_Queen Naja, ttee_
QUEEN NAJA, Trustee

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Pennsylvania
COUNTY OF York

On August 14th 2021 before me, Dawn M Sheetz Notary Public personally appeared **QUEEN NAJA**, who proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Dawn M Sheetz_
NOTARY PUBLIC

My commission expires: 11/20/2023                      (SEAL)

Commonwealth of Pennsylvania - Notary Seal
Dawn M. Sheetz, Notary Public
York County
My commission expires November 20, 2023
Commission number 1203049

# Declaration
*and*
# Indenture Contract
*of An*
# Irrevocable Express Trust

THIS INSTRUMENT IS TO BE INTERPRETED AND EXECUTED UNDER AMERICAN LAW OF CONTRACTS, WITH THE ORIGINAL SITUS IN:

# United States of America

THIS TRUST INDENTURE AUTHORIZES ITS TRUSTEE(S) TO PERFORM UNDER THE NAME OF:

# QUEENS EQUITY PRIVATE TRUST©

For Identification Purposes Only
#12299554PA

# QUEENS EQUITY PRIVATE TRUST©

## Acceptance Of Trustee; Governing Authority; Severability

**Acceptance of Trustee.** Effective upon the execution of this Trust, the Trustees, **QUEEN NAJA**, accepts the Trust Agreement created hereunder and agrees to be bound by all of the terms set forth herein and to hold the Trust property in Trust. The Trustees shall not have any duty to inquire into the administration of the distributions to any Beneficiary after received or actions that have been taken by any prior Trustee, if assigned.

**Governing Authority.** This Trust Agreement creating **QUEENS EQUITY PRIVATE TRUST**, has been accepted in its entirety on **August 4, 2021** and will be administered in the **STATE OF CALIFORNIA**. The laws of that state thereunder shall govern its validity, construction and all rights, provided, however, the Trustee, by written instrumentfiled with the trust records, may elect to change the situs and governing law of the trust to either the domicile of the Trustee or the state where the principal assets of the trust are located.

**Severability:** If any provision of this trust agreement should be invalid or unenforceable, the remaining provisions thereof shall continue to be fully effective.

In witness whereof, Trustor and Trustees have executed this agreement in Fresno County, California on the day and year first above written.

**TRUSTEE: QUEEN NAJA**

*Queen naja, ttee* (signature)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Pennsylvania
COUNTY OF York

On August 14th 2021 before me, Dawn M Sheetz Notary Public personally appeared **QUEEN NAJA**, who proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

_Dan Msheetz_ (signature)
**NOTARY PUBLIC**
My commission expires: 11/20/2023                    (SEAL)

Commonwealth of Pennsylvania - Notary Seal
Dawn M. Sheetz, Notary Public
York County
My commission expires November 20, 2023
Commission number 1302019

# TABLE OF CONTENTS

1. Civil Cover Sheet              1 page
2. Application for fee waiver     2 pages
3. Order for Fee waiver           1 page
4. Complaint                      5 pages
5. Order for Complaint            1 page
6. Motion for Acceptance          1 page
7. Order for Motion               1 page
8. Certificate of Assignment…     3 pages
9. Death Certificate (copy) Exhibit  1 page
10. Certificate of Trust          1 page
11. Trust Declaration Signature pages  2 pages